```
Kyle P. Kelley, Esq. [State Bar No. 178302]
e-mail:   kkelley@kpklaw.com
LAW OFFICES OF KYLE P. KELLEY
433 North Camden Drive, Suite 965
Beverly Hills, California 90210
Telephone:      (310) 273-0590
Facsimile:      (310) 273-1115

Attorney for Plaintiff
ANTHEM MUSIC & MEDIA GROUP                            JS-6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHEM MUSIC & MEDIA GROUP, a Delaware limited liability company, doing business as THE BICYCLE MUSIC COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>FLYER ENTERTAINMENT, INC., a California Corporation; TWENTIETH CENTURY FOX HOME ENTERTAINMENT, a business entity form unknown,<br><br>        Defendants. | CASE NO. CV 12-5829-JFW (JCGx)<br><br>**AGREED ORDER OF DISMISSAL** |

Plaintiff ANTHEM MUSIC & MEDIA GROUP, a Delaware limited liability company, doing business as THE BICYCLE MUSIC COMPANY, and defendant Flyer Entertainment, Inc., pursuant to the Settlement Agreement dated August 2, 2012 ("Settlement Agreement"), by and through their respective counsel, hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.  The parties request the Court to retain jurisdiction to enforce the terms of their

settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

1.   This Order of Dismissal is pursuant to the terms of the Settlement Agreement entered into between plaintiff Anthem Music & Media Group, on the one hand, and defendant Flyer Entertainment, Inc., on the other hand, dated August 2, 2012.

2.   By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through February 28, 2013.

3.   Except as provided for in paragraphs 1 and 2 above, this case is dismissed, without prejudice, with fees and costs borne as provided for in the Settlement Agreement.

4.   In the event no action is taken to enforce the terms of the Settlement Agreement by February 28, 2013, then this dismissal shall be with prejudice.

IT IS SO ORDERED.

Dated: August 17, 2012

Hon. John F. Walter
United States District Court,
Central District of California